**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**NORTHERN DIVISION**

IN RE:                                    )
                                          )
**WILLIAM LENGERICH**                     )          **CASE NO.: 07-11232**
                                          )          <u>**CHAPTER 7 BANKRUPTCY**</u>
**Debtor.**                               )
                                          )

<u>**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK**</u>

　　　　Comes now the undersigned, Dustin M. Roach, Trustee, and by way of notice states the following:

　　　　1.   The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

　　　　2.   The Trustee filed his Final Report And Distribution Summary on September 16, 2010, and issued checks as proposed in said proposed distribution.

　　　　3.   That Check # 104 in the amount of $180.95; Check # 105 in the amount of 186.63; Check # 106 in the amount of $179.17; Check # 107 in the amount of $180.88; Check # 108 in the amount of $179.53; Check # 109 in the amount of $180.53; and Check # 110 in the amount of $184.12, issued to Greenpoint Mortgage Funding Corp., on October 14, 2010, were returned by the Post Office as undeliverable.

　　　　4.   That the Trustee hereby gives notice that such amount of $1,271.81, payable to GreenPoint Mortgage Funding Corp., is being presented to the Clerk of the United States Bankruptcy Court for the benefit of such claimant.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　<u>/s/ Dustin M. Roach, Chapter 7 Panel Trustee</u>
　　　　　　　　　　　　　　　　Dustin M. Roach, Chapter 7 Panel Trustee
　　　　　　　　　　　　　　　　436 East Wayne Street
　　　　　　　　　　　　　　　　Fort Wayne, Indiana   46802
　　　　　　　　　　　　　　　　Telephone: 260 / 424-8132

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 26th day of October 2010, a true and correct copy of the above and foregoing Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States mail, postage prepaid, to:  GreenPoint Mortgage Funding Corp., 2300 Brookstone Centre Parkway, Columbus, GA  31904.

<u>/s/ Dustin M. Roach, Chapter 7 Panel Trustee</u>
Dustin M. Roach, Chapter 7 Panel Trustee
436 East Wayne Street
Fort Wayne, Indiana   46802
Telephone: 260 / 424-8132